MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Facsimile:  (408) 535-5066
   Email: John.Glang@usdoj.gov

Attorneys for the United States of America

FILED

SEP 28 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00090-DLJ |
|    Plaintiff, | STIPULATION AND [PROPOSED] DISCOVERY PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANTS |
|    v. | |
| JOSE MARTIN RAMIREZ GOMEZ, ZOSI AMBROSIO, BRENDA SUE RAMIREZ, RICHARD MICHAEL BRADY, DAVID JAMES BRAUN, GAYLE MARRIE CUTTS, MARGO LAURA EIGHMY, CHARLES LOUIS FISHER, BRIGITTE DENISE GAFFORD, KARINA GARCIA, LLOYDENE LEA RENNACKER, JEANNE SUSAN RIXON, STEVEN EUGENE STERLING, SUSANA VIOLETA VALENCIA, MATTHEW AARON VAN NUYS, HALEY JANE WRIGHT, | |
|    Defendants. | |

     The above-captioned defendants and the United States of America, by and through their counsel of record, hereby agree and stipulate as follows:

1

1.      This Court may enter protective orders pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory powers.

2.      This Order pertains to all discovery provided to or made available to defense counsel as part of discovery in the above-cited case.

3.      The discovery and information therein may only be used in connection with the litigation of this case and for no other purpose. Defense counsel will return the discovery to the government, or certify that it has been shredded at the conclusion of the case, which includes appellate review and the resolution of any competency of counsel issues.

4.      Defense counsel shall not provide any of the discovery to any person other than to his/her respective defendant/client, or attorneys, law clerks, paralegals, secretaries, experts, and investigators involved in the representation of his/her defendant/client, for the purpose of said representation. Further, in disclosing discovery to defendants, personal information contained in the discovery, including individuals' dates of birth, addresses (physical and email), telephone numbers, social security numbers, and driver's license numbers, shall be redacted, and shall not be provided to any defendant in any manner or form.

5.      Defense counsel shall advise his/her respective defendant/client, employees, other authorized members of the defense team and defense witnesses of the terms of this stipulation and order, and that use of the subject discovery materials for a purpose other than in connection with the litigation of this case may be subject to criminal sanctions.

6.      Defense counsel will store the discovery in a secure place and will exercise due diligence to ensure that it is not disclosed to third persons in violation of this agreement. Similarly, if defense counsel makes or causes to be made, copies of any of the discovery, defense counsel will exercise due diligence to maintain control of said copies and to ensure that said copies are stored in a manner to safeguard against the inappropriate use of said materials.

DATED:   September 27, 2011          MELINDA HAAG
                                     United States Attorney

                                     _____/s/_____
                                     JOHN N. GLANG
                                     Assistant United States Attorney

2

```
                    /s/
BRUCE CHARLES FUNK
Attorney for defendant Jose Martin Ramirez Gomez

                    /s/
HUGH ANTHONY LEVINE
Attorney for defendant Brenda Sue Ramirez

                    /s/
THOMAS J. FERRITO
Attorney for defendant Zosi Ambrosio

                    /s/
JAMES McNAIR THOMPSON
Attorney for defendant Richard Michael Brady

                    /s/
ADAM V. PENNELLA
Attorney for defendant David James Braun

                    /s/
GRAHAM E. ARCHER
Attorney for defendant Gayle Marrie Cutts

                    /s/
JERRY Y. FONG
Attorney for defendant Margo Laura Eighmy

                    /s/
JEANE DeKELVER
Attorney for defendant Charles Louis Fisher

                    /s/
MICHELLE D. SPENCER
Attorney for defendant Brigitte Denise Gafford

                    /s/
SUZANNE M. MORRIS
Attorney for defendant Karina Garcia

                    /s/
WM. MICHAEL WHELAN, JR.
Attorney for defendant Lloydene Lea Rennacker

                    /s/
MARY E. CONN
Attorney for defendant Jeanne Susan Rixon

                    /s/
FRANK BELL
Attorney for defendant Steven Eugene Sterling

                    /s/
VICKI H. YOUNG
Attorney for defendant Susana Violeta Valencia
```

                          /s/
_____
CHESTER J. PHILLIPS, JR.
Attorney for defendant Matthew Aaron Van Nuys

                          /s/
_____
ALFREDO M. MORALES
Attorney for defendant Haley Jane Wright

## ORDER

Based upon the stipulation of the parties, and for good cause shown, the Court hereby ORDERS that the terms of the stipulation between the United States and the above-captioned defendants pertaining to the discovery in this case be imposed.

IT IS SO ORDERED.

DATED: 9/28/11

_____
HOWARD R. LLOYD
United States Magistrate Judge
Northern District of California